IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **TAMMY MARIE CAMPBELL, a/k/a TAMMY MARIE MAYNARD,** | : | Case No. **19-24043-CMB** |
| *Debtor* | : | |
| | : | Doc. No._____ |
| **TAMMY MARIE CAMPBELL, a/k/a TAMMY MARIE MAYNARD,** | : | |
| *Movant,* | : | Filed under Section |
| vs | : | 362(c)(4) of the |
| | : | Bankruptcy Code |
| **A. T. & T./DIVERSIFIED CONSULTANTS, ALLIANCE CHARTER, ALLY FINANCIAL, AMERIFINANCIAL SOLUTIONS, AMSHER COLLECTIONS/DISH NETWORK, CALVARY SPV I, LLC., CAPITAL ONE, CHILD COMMUNITY PEDIATRICS, CPA/PEOPLES GAS, CREDIT ONE BANK, FINLEYVILLE BOROUGH AND SCHOOL DISTRICT, GENERAL INSURANCE, HSBC BANK NEVADA, N.A C/O CALVARY SPV., JEFFERSON CAPITAL SERVICES, LLC., LVNV FUNDING, LLC., MACY'S, NCB MANAGEMENT EXPRESS, NORDSTROM, PARKING COURT, PEOPLES NATURAL GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY ASSOCIATES, PROGRESSIVE, RINGOLD SCHOOL DISTRICT, SPRINGLEAF FINANCIAL SERVICES, T-MOBILE/DIVERSFIED CONSULTANT, UNION TOWNSHIP, VERIZON, WEST PENN POWER, and WESTFIELD INSURANCE,** | : | |
| *Respondents* | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON DEBTOR'S MOTION TO IMPOSE THE AUTOMATIC STAY UNDER
SECTION 362 (c)(4) OF THE BANKRUPTCY CODE**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights and property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **11/12/2019**, i.e., fourteen (14) days after the date of the service below, plus an additional three (3) days if served by mail, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **11/20/2019 at 10:00 A.M.** before Judge Carlota M. Bohm in Courtroom "B", 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

/s/ Michael S. Geisler

DATED: 10/26/2019

_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net