Form 209

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10 – 8
dric

In re:

Bankruptcy Case No.: 19–24043–CMB
Related to Doc. No. 8
Chapter: 13
Hearing Date: 11/13/19 at 10:00 AM

**Tammy Marie Campbell**
**aka Tammy Marie Maynard**
    Debtor(s)

### CERTIFICATE OF SERVICE

I, Michael S. Geisler, of ** 201 Penn Center Blvd., Suite 524, Pittsburgh, PA 15235

**CERTIFY:**

That I am at least 18 years of age:

That on the 2nd day of November, 2019, I served a copy of the within Order Setting Date Certain *together with the Motion* filed in this proceeding, on:

See attached pages.

on the Respondent(s) in this proceeding, by (describe the mode of service):

First Class Mail, Postage Prepaid, unless otherwise indicated below

**at the following address(es):**

See attached pages

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on 11/2/2019            /s/ Michael S. Geisler
        (Date)                                          (Signature)

**\*\*Indicate Current Mailing Address**

RONDA J. WINNECOUR, TRUSTEE            (BY ELECTRONIC MEANS)
3250 US Steel Tower
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE            (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

A. T. & T./Diversified Consultants
10550 Deer Wood Park Blvd.
Jacksonville, FL 32256

Alliance Charter
c/o First Federal Credit
24700 Chagrin Blvd., Suite 2
Beachwood, OH 44122

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

Amerifinancial Solutions
c/o Found Radiology
P.O. Box 7
Vassar, MI 48768

Amsher Collections/Dish Network
4524 South Lake Parkway, Suite 1
Birmingham, AL 35244

Calvary SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Capital One
c/o Portfolio Recovery
120 Corporate Blvd., Suite 1
Jacksonville, FL 32256

Capital One
P.O. Box 30285
Salt Lake City, UT 84130

Capital One
by American InfoSource as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Child Community Pediatrics
Collection Services
P.O. Box 14931
Pittsburgh, PA 15234

CPA/Peoples Gas
P.O. Box 802068
Dallas, TX 75380

CPA/Peoples Gas
P.O. Box 9037
Addison, TX 75001

Credit One Bank
P.O. Box 60500
City of Industry, CA 91716

Finleyville Boro and SD
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

General Insurance
c/o Credit Collections
P.O. Box 607
Norwood, MA 02062

HSBC Bank Nevada, N.A c/o Calvary SPV
Attn: David Apothaker, Esquire
520 Fellowship Road, Suite C-306
P.O. Box 5496
Mount Laurel, NJ 08054

James Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Jefferson Capital Services, LLC
16 McLeland Road
Saint Cloud, MN 56303

Joseph Maynard
198 McChainRoad
Finleyville, PA 15332

LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Macys
P.O. Box 183084
Columbus, OH 43218

NCB Management Express
610 Waltham Way
Sparks, NV 89434

Nordstrom
P.O. Box 13589
Scottsdale, AZ 85267

Parking Court
633 W. Wisconsin Avenue
Milwaukee, WI 52303

Peoples Natural Gas Company, LLC
c/o S. James Wallace, Esquire
845 N. Lincoln Avenue
Pittsburgh, PA 15233

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342

Portfolio Recovery Associates
120 Corporate Blvd., Suite 1
Norfolk, VA 23502

Progressive
c/o Credit Collection
P.O. Box 607
Norwood, MA 02062

Case 19-24043-CMB    Doc 16    Filed 11/02/19    Entered 11/02/19 13:50:08    Desc Main
                            Document      Page 5 of 5

Ringgold School District
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Springleaf Financial Services
c/o LVNV Funding,Inc.
P.O. Box 10497
Greenville, SC 29603

T-Mobile/Diversfied Consultant
10550 Deerwood Park Blvd.
Jacksonville, FL 32256

Union Township
c/o Keystone Municipal Collections
546 Wendel Road
Irwin, PA 15642

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Verizon
500 Technology Drive
Suite 300
Weldon Spring, MO 63304-2225

Verizon
c/o American Infosource
P.O. Box 248838
Oklahoma City, OK 73124-8838

West Penn Power
5001 NASA Blvd.
Fairmont, WV 26554

Westfield Insurance
One Pearl Circle
P.O. Box 5001
Westfield Center, OH 44251