IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **TAMMY MARIE CAMPBELL,** | : | Case No. **19-24043-CMB** |
| | : | |
| *Debtor,* | : | Doc. No.   14 |
| ================================== | : | |
| **TAMMY MARIE CAMPBELL,** | : | |
| | : | |
| *Movant,* | : | |
| | : | |
| vs. | : | |
| | : | |
| **No Respondent,** | : | |

## ORDER OF COURT

AND NOW, this  31st   day of               October                 , 20 19  , upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the deadline to complete the Chapter 13 filing is extended until 11/12/2019.

No further extensions shall be permitted.

_____
Carlota M. Böhm       J.   dmr
Chief United States Bankruptcy Court Judge

FILED
10/31/19 12:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tammy Marie Campbell  
    Debtor  

Case No. 19-24043-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: aala　　　Page 1 of 1　　　Date Rcvd: Oct 31, 2019  
　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.  
db　　　　　+Tammy Marie Campbell,　　198 McChain Road,　　Finleyville, PA 15332-4113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:  
　　　　James Warmbrodt　　on behalf of Creditor　　PNC Bank, National Association bkgroup@kmllawgroup.com  
　　　　Michael S. Geisler　　on behalf of Debtor Tammy Marie Campbell m.s.geisler@att.net,  
　　　　 msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com  
　　　　Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov  
　　　　Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4