IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **TAMMY MARIE CAMPBELL, a/k/a TAMMY MARIE MAYNARD,** | : | Case No. **19-24043-CMB** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 8-11, 16 |
| **TAMMY MARIE CAMPBELL, a/k/a TAMMY MARIE MAYNARD,** | : | |
| *Movant,* | : | Filed under Section |
| vs | : | 362(c)(4) of the |
| | : | Bankruptcy Code |
| **A. T. & T./DIVERSIFIED CONSULTANTS, ALLIANCE CHARTER, ALLY FINANCIAL, AMERIFINANCIAL SOLUTIONS, AMSHER COLLECTIONS/DISH NETWORK, CALVARY SPV I, LLC., CAPITAL ONE, CHILD COMMUNITY PEDIATRICS, CPA/PEOPLES GAS, CREDIT ONE BANK, FINLEYVILLE BOROUGH AND SCHOOL DISTRICT, GENERAL INSURANCE, HSBC BANK NEVADA, N.A C/O CALVARY SPV., JEFFERSON CAPITAL SERVICES, LLC., LVNV FUNDING, LLC., MACY'S, NCB MANAGEMENT EXPRESS, NORDSTROM, PARKING COURT, PEOPLES NATURAL GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY ASSOCIATES, PROGRESSIVE, RINGOLD SCHOOL DISTRICT, SPRINGLEAF FINANCIAL SERVICES, T-MOBILE/DIVERSFIED CONSULTANT, UNION TOWNSHIP, VERIZON, WEST PENN POWER, and WESTFIELD INSURANCE,** | : | |
| *Respondents* | : | |

## CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION TO IMPOSE STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **10/26/2019** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **11/8/2019.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 11/12/2019

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net