IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 | |
| --- | --- | --- | --- |
| | : | | |
| **TAMMY MARIE CAMPBELL** | : | Case No. | **19-24043-CMB** |
| | : | | |
| Debtor | : | Doc No. | |

### EMPLOYEE INCOME RECORD

| Date | 5/1/2019 | 6/1/2019 | 7/1/2019 | 8/1/2019 | 9/1/2019 | 10/1/2019 |
| --- | --- | --- | --- | --- | --- | --- |
| Wife's Take Home | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 | $ 4,400.00 |
| Husb. Take Home | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 |
| Husb. SSI | $ 849.00 | $ 849.00 | $ 849.00 | $ 849.00 | $ 849.00 | $ 849.00 |
| Husb. Pension | $ 142.00 | $ 142.00 | $ 142.00 | $ 142.00 | $ 142.00 | $ 142.00 |
| Total | $ 1,891.00 | $ 1,891.00 | $ 1,891.00 | $ 1,891.00 | $ 1,891.00 | $ 1,891.00 |

DATED:   11/12/2019

/s/ Michael S. Geisler

_____
**MICHAEL S. GEISLER, ESQUIRE**

201 Penn Center Blvd, Suite 524
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net