IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| TAMMY MARIE CAMPBELL, a/k/a TAMMY MARIE MAYNARD, *Debtor* | Case No. **19-24043-CMB** |
| | Doc. No. __8__ |
| TAMMY MARIE CAMPBELL, a/k/a TAMMY MARIE MAYNARD, *Movant,* vs | Filed under Section 362(c)(4) of the Bankruptcy Code |
| A. T. & T./DIVERSIFIED CONSULTANTS, ALLIANCE CHARTER, ALLY FINANCIAL, AMERIFINANCIAL SOLUTIONS, AMSHER COLLECTIONS/DISH NETWORK, CALVARY SPV I, LLC., CAPITAL ONE, CHILD COMMUNITY PEDIATRICS, CPA/PEOPLES GAS, CREDIT ONE BANK, FINLEYVILLE BOROUGH AND SCHOOL DISTRICT, GENERAL INSURANCE, HSBC BANK NEVADA, N.A C/O CALVARY SPV., JEFFERSON CAPITAL SERVICES, LLC., LVNV FUNDING, LLC., MACY'S, NCB MANAGEMENT EXPRESS, NORDSTROM, PARKING COURT, PEOPLES NATURAL GAS COMPANY, LLC., PNC BANK, N.A., PORTFOLIO RECOVERY ASSOCIATES, PROGRESSIVE, RINGOLD SCHOOL DISTRICT, SPRINGLEAF FINANCIAL SERVICES, T-MOBILE/DIVERSFIED CONSULTANT, UNION TOWNSHIP, VERIZON, WEST PENN POWER, and WESTFIELD INSURANCE, *Respondents* | **ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this __12th__ day of __November__, 20 __19__, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the automatic stay in this case is re-imposed as to all named Respondents and will continue until further order of court.

_____
Carlota M. Böhm                    dmr J.
Chief United States Bankruptcy Court Judge

FILED
11/12/19 1:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24043-CMB
Tammy Marie Campbell                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric            Page 1 of 2            Date Rcvd: Nov 12, 2019
                            Form ID: pdf900       Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db            +Tammy Marie Campbell,   198 McChain Road,   Finleyville, PA 15332-4113
15140650      +A. T. & T./Diversified Consultants,   10550 Deer Wood Park Blvd.,   Jacksonville, FL 32256-0596
15140651      +Alliance Charter,   c/o First Federal Credit,   24700 Chagrin Blvd., Suite 2,
                Beachwood, OH 44122-5647
15140654      +Amsher Collections/Dish Network,   4524 South Lake Parkway, Suite 1,
                Birmingham, AL 35244-3271
15140661      +CPA/Peoples Gas,   P.O. Box 9037,   Addison, TX 75001-9037
15140660      +CPA/Peoples Gas,   P.O. Box 802068,   Dallas, TX 75380-2068
15140656       Capital One,   c/o Portfolio Recovery,   120 Corporate Blvd., Suite 1,   Jacksonville, FL 32256
15140659      +Child Community Pediatrics,   Collection Services,   P.O. Box 14931,
                Pittsburgh, PA 15234-0931
15140663      +Finleyville Boro and SD,   c/o Keystone Collections Group,   546 Wendel Road,
                Irwin, PA 15642-7539
15140665      +HSBC Bank Nevada, N.A c/o Calvary SPV,   Attn: David Apothaker, Esquire,
                520 Fellowship Road, Suite C-306,   P.O. Box 5496,   Mount Laurel, NJ 08054-5496
15140666      +James Warmbrodt, Esquire,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                Philadelphia, PA 19106-1541
15140670      +Macys,   P.O. Box 183084,   Columbus, OH 43218-3084
15140671      +NCB Management Express,   610 Waltham Way,   Sparks, NV 89437-6695
15140675      +PNC Bank, N.A.,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
15140674      +Peoples Natural Gas Company, LLC,   c/o S. James Wallace, Esquire,   845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828
15140678      +Riggold School District,   c/o Keystone Collections Group,   546 Wendel Road,
                Irwin, PA 15642-7539
15140680      +T-Mobile/Diversfied Consultant,   10550 Deerwood Park Blvd.,   Jacksonville, FL 32256-0596
15140681      +Union Township,   c/o Keystone Municipal Collections,   546 Wendel Road,   Irwin, PA 15642-7539
15140686      +Westfield Insurance,   One Pearl Circle,   P.O. Box 5001,   Westfield Center, OH 44251-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15140652       E-mail/Text: ally@ebn.phinsolutions.com Nov 13 2019 04:14:39      Ally Financial,
                PO Box 130424,   Roseville, MN 55113-0004
15140655      +E-mail/Text: bankruptcy@cavps.com Nov 13 2019 04:16:49      Calvary SPV I, LLC,
                500 Summit Lake Drive, Suite 400,   Valhalla, NY 10595-2321
15140657      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 13 2019 04:20:06      Capital One,
                P.O. Box 30285,   Salt Lake City, UT 84130-0285
15140658       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 13 2019 04:21:07      Capital One,
                by American InfoSource as agent,   P.O. Box 71083,   Charlotte, NC 28272-1083
15147232       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 13 2019 04:20:06
                Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                Charlotte, NC  28272-1083
15141931      +E-mail/Text: bankruptcy@cavps.com Nov 13 2019 04:16:49      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
15140662      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 13 2019 04:22:19      Credit One Bank,
                P.O. Box 60500,   City of Industry, CA 91716-0500
15140664      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 13 2019 04:17:16      General Insurance,
                c/o Credit Collections,   P.O. Box 607,   Norwood, MA 02062-0607
15140667       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 13 2019 04:16:44      Jefferson Capital Services, LLC,
                16 McLeland Road,   Saint Cloud, MN 56303
15156478       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 13 2019 04:16:44      Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
15140669       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2019 04:20:20      LVNV Funding, LLC,
                c/o Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
15140672      +E-mail/Text: bnc@nordstrom.com Nov 13 2019 04:15:43      Nordstrom,   P.O. Box 13589,
                Scottsdale, AZ 85257-3589
15140676       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2019 04:22:17
                Portfolio Recovery Associates,   120 Corporate Blvd., Suite 1,   Norfolk, VA 23502
15140677      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 13 2019 04:17:16      Progressive,
                c/o Credit Collection,   P.O. Box 607,   Norwood, MA 02062-0607
15140679      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2019 04:20:22
                Springleaf Financial Services,   c/o LVNV Funding,Inc.,   P.O. Box 10497,
                Greenville, SC 29603-0497
15140683       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 13 2019 04:14:35
                Verizon,   500 Technology Drive,   Suite 300,   Weldon Spring, MO 63304-2225
15140684       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2019 04:22:45      Verizon,
                c/o American Infosource,   P.O. Box 248838,   Oklahoma City, OK 73124-8838
15140682       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 13 2019 04:14:35
                Verizon,   P.O. Box 15124,   Albany, NY 12212-5124
15140685      +E-mail/Text: bankruptcy@firstenergycorp.com Nov 13 2019 04:16:34      West Penn Power,
                5001 NASA Blvd.,   Fairmont, WV 26554-8248
                                                                                               TOTAL: 19

```
District/off: 0315-2           User: dric                  Page 2 of 2                  Date Rcvd: Nov 12, 2019
                               Form ID: pdf900             Total Noticed: 38

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
15140673        Parking Court,    633 W. Wisconsin Avenue,    IA 52303
15140653        ##+Amerifinancial Solutions,   c/o Found Radiology,    P.O. Box 7,    Vassar, MI 48768-0007
15140668        ##+Joseph Maynard,    198 McChainRoad,    Finleyville, PA 15332-4113
                                                                                    TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Tammy Marie Campbell m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4