**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tammy Marie Campbell** | Social Security number or ITIN  **xxx–xx–6382** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter  **13**   **10/16/19** |
| Case number: | **19–24043–CMB** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case          12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tammy Marie Campbell | |
| 2. | **All other names used in the last 8 years** | aka Tammy Marie Maynard | |
| 3. | **Address** | 198 McChain Road<br>Finleyville, PA 15332 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael S. Geisler<br>201 Penn Center Blvd., Suite 524<br>Pittsburgh, PA 15235 | Contact phone 412–613–2133<br><br>Email: m.s.geisler@att.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 11/14/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 9, 2019 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/7/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/26/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/13/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/9/19** at **03:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-24043-CMB
Tammy Marie Campbell                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: aala          Page 1 of 2              Date Rcvd: Nov 14, 2019
                           Form ID: 309I       Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db           +Tammy Marie Campbell,    198 McChain Road,    Finleyville, PA 15332-4113
aty          +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
tr           +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15140650     +A. T. & T./Diversified Consultants,    10550 Deer Wood Park Blvd.,    Jacksonville, FL 32256-0596
15140651     +Alliance Charter,    c/o First Federal Credit,    24700 Chagrin Blvd., Suite 2,
               Beachwood, OH 44122-5647
15140654     +Amsher Collections/Dish Network,    4524 South Lake Parkway, Suite 1,
               Birmingham, AL 35244-3271
15140661     +CPA/Peoples Gas,    P.O. Box 9037,    Addison, TX 75001-9037
15140660     +CPA/Peoples Gas,    P.O. Box 802068,    Dallas, TX 75380-2068
15140656      Capital One,   c/o Portfolio Recovery,    120 Corporate Blvd., Suite 1,    Jacksonville, FL 32256
15140659     +Child Community Pediatrics,    Collection Services,    P.O. Box 14931,
               Pittsburgh, PA 15234-0931
15140663     +Finleyville Boro and SD,    c/o Keystone Collections Group,    546 Wendel Road,
               Irwin, PA 15642-7539
15140665     +HSBC Bank Nevada, N.A c/o Calvary SPV,    Attn: David Apothaker, Esquire,
               520 Fellowship Road, Suite C-306,    P.O. Box 5496,    Mount Laurel, NJ 08054-5496
15140666     +James Warmbrodt, Esquire,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
15140671     +NCB Management Express,    610 Waltham Way,    Sparks, NV 89437-6695
15140675     +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15140674     +Peoples Natural Gas Company, LLC,    c/o S. James Wallace, Esquire,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
15140678     +Riggold School District,    c/o Keystone Collections Group,    546 Wendel Road,
               Irwin, PA 15642-7539
15140680     +T-Mobile/Diversfied Consultant,    10550 Deerwood Park Blvd.,    Jacksonville, FL 32256-0596
15140681     +Union Township,    c/o Keystone Municipal Collections,    546 Wendel Road,    Irwin, PA 15642-7539
15140686     +Westfield Insurance,    One Pearl Circle,    P.O. Box 5001,    Westfield Center, OH 44251-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: m.s.geisler@att.net Nov 15 2019 04:05:15     Michael S. Geisler,
               201 Penn Center Blvd., Suite 524,    Pittsburgh, PA  15235
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 04:07:33     Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
ust          +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 15 2019 04:07:48
               Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
15140652      EDI: GMACFS.COM Nov 15 2019 08:18:00     Ally Financial,    PO Box 130424,
               Roseville, MN 55113-0004
15140655     +E-mail/Text: bankruptcy@cavps.com Nov 15 2019 04:08:19     Calvary SPV I, LLC,
               500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
15140657     +EDI: CAPITALONE.COM Nov 15 2019 08:18:00     Capital One,    P.O. Box 30285,
               Salt Lake City, UT 84130-0285
15140658      EDI: CAPITALONE.COM Nov 15 2019 08:18:00     Capital One,    by American InfoSource as agent,
               P.O. Box 71083,    Charlotte, NC 28272-1083
15147232      EDI: CAPITALONE.COM Nov 15 2019 08:18:00     Capital One Bank (USA), N.A.,
               by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15141931     +E-mail/Text: bankruptcy@cavps.com Nov 15 2019 04:08:19     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15140662     +E-mail/PDF: creditonebknotifications@resurgent.com Nov 15 2019 04:02:17     Credit One Bank,
               P.O. Box 60500,    City of Industry, CA 91716-0500
15140664      EDI: CCS.COM Nov 15 2019 08:18:00     General Insurance,    c/o Credit Collections,
               P.O. Box 607,    Norwood, MA 02062-0607
15140667      EDI: JEFFERSONCAP.COM Nov 15 2019 08:18:00     Jefferson Capital Services, LLC,
               16 McLeland Road,    Saint Cloud, MN 56303
15156478      EDI: JEFFERSONCAP.COM Nov 15 2019 08:18:00     Jefferson Capital Systems LLC,    Po Box 7999,
               Saint Cloud Mn 56302-9617
15140669      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 04:02:27     LVNV Funding, LLC,
               c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
15140670     +EDI: TSYS2.COM Nov 15 2019 08:18:00     Macys,    P.O. Box 183084,    Columbus, OH 43218-3084
15140672     +E-mail/Text: bnc@nordstrom.com Nov 15 2019 04:06:45     Nordstrom,    P.O. Box 13589,
               Scottsdale, AZ 85267-3589
15140676      EDI: PRA.COM Nov 15 2019 08:18:00     Portfolio Recovery Associates,
               120 Corporate Blvd., Suite 1,    Norfolk, VA 23502
15140677     +EDI: CCS.COM Nov 15 2019 08:18:00     Progressive,    c/o Credit Collection,    P.O. Box 607,
               Norwood, MA 02062-0607
15140679     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 04:02:29
               Springleaf Financial Services,    c/o LVNV Funding,Inc.,    P.O. Box 10497,
               Greenville, SC 29603-0497
15140683      EDI: VERIZONCOMB.COM Nov 15 2019 08:18:00     Verizon,    500 Technology Drive,    Suite 300,
               Weldon Spring, MO 63304-2225

```
District/off: 0315-2          User: aala                    Page 2 of 2                  Date Rcvd: Nov 14, 2019
                              Form ID: 309I                 Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15140684         EDI: AIS.COM Nov 15 2019 08:18:00      Verizon,   c/o American Infosource,   P.O. Box 248838,
                   Oklahoma City, OK 73124-8838
15140682         EDI: VERIZONCOMB.COM Nov 15 2019 08:18:00      Verizon,   P.O. Box 15124,
                   Albany, NY 12212-5124
15140685        +E-mail/Text: bankruptcy@firstenergycorp.com Nov 15 2019 04:07:56      West Penn Power,
                   5001 NASA Blvd.,   Fairmont, WV 26554-8248
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
15140673        Parking Court,   633 W. Wisconsin Avenue,   IA 52303
15140653       ##+Amerifinancial Solutions,   c/o Found Radiology,   P.O. Box 7,   Vassar, MI 48768-0007
15140668       ##+Joseph Maynard,   198 McChainRoad,   Finleyville, PA 15332-4113
                                                                                   TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Tammy Marie Campbell m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```