Certificate Number: 15317-PAW-DE-034098680

Bankruptcy Case Number: 19-24043



15317-PAW-DE-034098680

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 16, 2020</u>, at <u>2:58</u> o'clock <u>PM PST</u>, <u>Tammy Maynard</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>February 16, 2020</u>             By:   <u>/s/Janice Morla</u>

                                         Name: <u>Janice Morla</u>

                                         Title: <u>Counselor</u>