# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** TAMMY MARIE CAMPBELL
- **Case Number:** 19-24043-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 02, 2020 10:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#28 - Final Confirmation of Plan Dated 11/12/2019 (NFC)
+Objections By: PNC Bank
R / M #: 28 / 0

## Appearances:

- **Debtor:** Geisler
- **Trustee:** Winnecour / Pail / Katz / (DeSimone)
- **Creditor:**

## Proceedings:

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ✓ Plan/Motion continued to 10-8-20 at 9:30.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ✓ Other:

continue to explore LMP

FILED
8/5/20 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/25/2020    3:59:51PM