# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: TAMMY MARIE CAMPBELL
- Case Number: 19-24043-CMB      Chapter: 13
- Date / Time / Room: THURSDAY, OCTOBER 08, 2020 09:30 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
10/13/20 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#28 - Continued Confirmation of Plan Dated 11/12/2019 (NFC)
R / M #: 28 / 0

**Appearances:**
- Debtor: _Geisler_ (signature)
- Trustee: Winnecour / Pail / Katz / ~~DeSimone~~
- Creditor:

**Proceedings:**

Outcome:
1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___
7. ___ Plan/Motion continued to ___ at ___.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ✓ Contested Hearing: 10/28/20 at 10:00 AM.
10. ___ Other:

Handwritten notes:
(1) 11 mo into case. LMP was to be pursued. NOT FILED
(2) Debtor's L23c = $4661 which is enough to pay UNS 100%. refuses to pay UNS.

Undue delay prejudicial to creditors

4th case in last 4 yrs
prior cases 16-21988, 17-20344, 17-24287

10/2/2020 10:17:48 AM