# PROCEEDING MEMO

**Date: 12/09/2020 10:30 am**

**In re:    Tammy Marie Campbell**

                                                   **Bankruptcy No. 19-24043-CMB**
                                                   **Chapter: 13**
                                                   **Doc. # 28**

**Appearances:  James Warmbrodt, Michael S. Geisler; Jeffrey Hunt**

**Nature of Proceeding: #28 Continued Contested November 12, 2019 Plan**

**Additional Pleadings:**

**Judge's Notes:**
 - Warmbrodt: Concerns mostly addressed. Plan provides for loan mod and there has been an LMP motion filed. Amended Schedule I filed. Debtor has been making payments. Agreeable to send back to conciliation. Resolution of LMP will be a big factor going forward.
 - Geisler: Agree.
 - Hunt: no objection.
 OUTCOME: Plan sent to conciliation on Feb 25 at 1pm.

                FILED                                      **Carlota Böhm**
                12/9/20 2:55 pm                    **Chief U.S. Bankruptcy Judge**
                CLERK
                U.S. BANKRUPTCY
                COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24043-CMB |
| Tammy Marie Campbell | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 1 |
| Date Rcvd: Dec 09, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2020:**

**Recip ID            Recipient Name and Address**
db              + Tammy Marie Campbell, 198 McChain Road, Finleyville, PA 15332-4113

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2020               Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

**Name                              Email Address**

Brian Nicholas
    on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Michael S. Geisler
    on behalf of Debtor Tammy Marie Campbell m.s.geisler@att.net
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 5