IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **TAMMY MARIE CAMPBELL, a/k/a TAMMY MARIE MAYNARD,** | : | Case No. **19-24043-CMB** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 51 & 55 |
| **TAMMY MARIE CAMPBELL, a/k/a TAMMY MARIE MAYNARD,** | : | |
| *Movant,* | : | |
| vs | : | |
| **No Respondents,** | : | |
| *Respondents* | : | |

## CERTIFICATE OF SERVICE

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the within Amended Schedule I upon the following by First Class Mail, postage prepaid unless otherwise indicated below:

RONDA J. WINNECOUR, TRUSTEE           (BY ELECTRONIC MEANS)
3250 US Steel Tower
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE            (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

A. T. & T./Diversified Consultants
10550 Deer Wood Park Blvd.
Jacksonville, FL 32256

Alliance Charter
c/o First Federal Credit
24700 Chagrin Blvd., Suite 2
Beachwood, OH 44122

Ally Financial
P.O. Box 130424
Roseville, MN 55113-0004

Amerifinancial Solutions
c/o Found Radiology
P.O. Box 7
Vassar, MI 48768

Amsher Collections/Dish Network
4524 South Lake Parkway, Suite 1
Birmingham, AL 35244

Brian Nicholas, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Calvary SPV I, LLC.
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Capital One Bank (U.S.A.) N.A.
by American InfoSource as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Child Community Pediatrics
Collection Services
P.O. Box 14931
Pittsburgh, PA 15234

CPA/Peoples Gas
P.O. Box 802068
Dallas, TX 75380

CPA/Peoples Gas
P.O. Box 9037
Addison, TX 75001

Credit One Bank
P.O. Box 60500
City of Industry, CA 91716

Finleyville Boro. and S.D.
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

General Insurance
c/o Credit Collections
P.O. Box 607
Norwood, MA 02062

HSBC Bank Nevada, N.A c/o Calvary SPV
Attn: David Apothaker, Esquire
520 Fellowship Road, Suite C-306
P.O. Box 5496
Mount Laurel, NJ 08054

Jefferson Capital Services, LLC.
P.O. Box 7999
Saint Cloud, MN 56302-9617

Joseph Maynard
198 McChain Road
Finleyville, PA 15332

LVNV Funding, LLC.
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Macys
P.O. Box 183084
Columbus, OH 43218

NCB Management Express
610 Waltham Way
Sparks, NV 89434

Nordstrom
P.O. Box 13589
Scottsdale, AZ 85267

Parking Court
633 W. Wisconsin Avenue
Milwaukee, WI 52303

Peoples Natural Gas Company, LLC.
c/o S. James Wallace, Esquire
GRB Law
Frick Building, 437 Grant Street
Pittsburgh, PA 15219

PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342

Portfolio Recovery Associates
120 Corporate Blvd., Suite 1
Norfolk, VA 23502

Progressive
c/o Credit Collection
P.O. Box 607
Norwood, MA 02062

Ringgold School District
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Springleaf Financial Services
c/o LVNV Funding, Inc.
P.O. Box 10497
Greenville, SC 29603

T-Mobile/Diversfied Consultant
10550 Deerwood Park Blvd.
Jacksonville, FL 32256

Township of Union
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Verizon
c/o American Infosource
P.O. Box 4457
Houston, TX 77210-4457

West Penn Power
5001 NASA Blvd.
Fairmont, WV 26554

Westfield Insurance
One Pearl Circle
P.O. Box 5001
Westfield Center, OH 44251

DATED: 12/17/2020

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net