IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **TAMMY MARIE CAMPBELL,** | : | Case No. **19-24043-CMB** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 52 |
| **TAMMY MARIE CAMPBELL**, | : | & 53 |
| *Movant,* | : | |
| vs | : | Hearing Date: 1/6/2021 at |
| | : | 1:30,p.m. |
| **PNC BANK, N.A.,** | : | |
| *Respondents* | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DEBTOR'S MOTION TO ALLOW LATE ENTRY INTO THE LOSS MITIGATION PROGRAM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **12/8/2020** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **12/28/2020.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 12/30/2020

/s/ Michael S. Geisler

_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net