IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| | : |
| **TAMMY MARIE CAMPBELL,** | : Case No. **19-24043-CMB** |
| *Debtor* | : |
| | : Doc. No. 52 |
| **TAMMY MARIE CAMPBELL,** | : |
| *Movant,* | : |
| vs | : |
| | : **ENTERED BY DEFAULT** |
| **PNC BANK, N.A.,** | : |
| *Respondents* | : |

## ORDER OF COURT

AND NOW, this __30th__ day of __December__, 20__20__, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtor is allowed late entry into the Loss Mitigation Program..

_____
Carlota M. Böhm           jdmr
Chief United States Bankruptcy Court Judge

FILED
12/30/20 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24043-CMB |
| Tammy Marie Campbell | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1
Date Rcvd: Dec 30, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**

**Recip ID      Recipient Name and Address**
db      + Tammy Marie Campbell, 198 McChain Road, Finleyville, PA 15332-4113

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2020 at the address(es) listed below:

**Name      Email Address**

Brian Nicholas
     on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Michael S. Geisler
     on behalf of Debtor Tammy Marie Campbell m.s.geisler@att.net
     msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

S. James Wallace
     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 5