# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

- **Debtor:** TAMMY MARIE CAMPBELL
- **Case Number:** 19-24043-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 25, 2021 01:00 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
3/2/21 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#28 - Continued Confirmation of Plan Dated 11/19/2020 (NFC)
R / M #: 28 / 0

## *Appearances:*

- **Debtor:** Geisler
- **Trustee:** Winnecour / Pail / Katz / DeSimone    Wambroll
- **Creditor:** Jeff Hunt - Peoples

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 5/27/21 at 1:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont for LMP

2/18/2021  1:42:45PM