IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>TAMMY MARIE CAMPBELL,<br>**Debtor(s)** | Bankruptcy No. 19-24043-CMB |
| SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL,<br>**Movant** | Chapter 13 |
| | Related To Document No. 78 and 79 |
| v. | **Response Deadline: 1/3/22** |
| TAMMY MARIE CAMPBELL,<br>**Respondent(s)** | **Hearing Date: 1/25/22 at 11:00 AM** |
| RONDA J. WINNECOUR,<br>**Trustee** | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on December 17, 2021 I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

Tammy Marie Campbell
198 McChain Road
Finleyville, PA 15332
(Debtor)

Michael S. Geisler, Esq.
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
(Attorney For Debtor)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com