IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**TAMMY MARIE CAMPBELL,**<br>　　**Debtor(s)** | )<br>)<br>)<br>) Bankruptcy No. 19-24043-CMB |
| **SANTANDER CONSUMER USA INC.**<br>**dba CHRYSLER CAPITAL,**<br>　　**Movant** | )<br>) Chapter 13<br>)<br>) |
| v. | ) Related To Document No. 78<br>)<br>) **Response Deadline: 1/3/22** |
| **TAMMY MARIE CAMPBELL,**<br>　　**Respondent(s)** | )<br>) **Hearing Date: 1/25/22 at 11:00 AM** |
| **RONDA J. WINNECOUR,**<br>　　**Trustee** | )<br>) **ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this   6th   day of   January  , 2022, it is hereby **ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant Santander Consumer USA Inc. dba Chrysler Capital is permitted to enforce its rights in the property described as a **2019 Jeep Grand Cherokee** bearing vehicle identification number 1C4RJFAG7KC843150, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

*Carlota M. Böhm*  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
1/6/22 8:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-24043-CMB
Tammy Marie Campbell Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 2
Date Rcvd: Jan 06, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy Marie Campbell, 198 McChain Road, Finleyville, PA 15332-4113 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Michael S. Geisler | on behalf of Debtor Tammy Marie Campbell m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| William E. Craig | |

District/off: 0315-2 User: dric Page 2 of 2
Date Rcvd: Jan 06, 2022 Form ID: pdf900 Total Noticed: 1

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6