Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Tammy Marie Campbell** | : | Case No. 19−24043−CMB |
| **aka Tammy Marie Maynard** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 15th of July, 2022,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tammy Marie Campbell  
    Debtor

Case No. 19-24043-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jul 15, 2022      Form ID: 309      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tammy Marie Campbell, 198 McChain Road, Finleyville, PA 15332-4113 |
| 15140650 | + | A. T. & T./Diversified Consultants, 10550 Deer Wood Park Blvd., Jacksonville, FL 32256-2805 |
| 15140653 | + | Amerifinancial Solutions, c/o Found Radiology, P.O. Box 7, Vassar, MI 48768-0007 |
| 15140654 | + | Amsher Collections/Dish Network, 4524 South Lake Parkway, Suite 1, Birmingham, AL 35244-3271 |
| 15140661 | + | CPA/Peoples Gas, P.O. Box 9037, Addison, TX 75001-9037 |
| 15140660 | + | CPA/Peoples Gas, P.O. Box 802068, Dallas, TX 75380-2068 |
| 15140656 |   | Capital One, c/o Portfolio Recovery, 120 Corporate Blvd., Suite 1, Jacksonville, FL 32256 |
| 15140659 | + | Child Community Pediatrics, Collection Services, P.O. Box 14931, Pittsburgh, PA 15234-0931 |
| 15140663 | + | Finleyville Boro and SD, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15140665 | + | HSBC Bank Nevada, N.A c/o Calvary SPV, Attn: David Apothaker, Esquire, 520 Fellowship Road, Suite C-306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 15140666 | + | James Warmbrodt, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15140668 | + | Joseph Maynard, 198 McChainRoad, Finleyville, PA 15332-4113 |
| 15140671 | + | NCB Management Express, 610 Waltham Way, Sparks, NV 89437-6695 |
| 15140678 | + | Riggold School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15162995 | + | Ringgold School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15140680 | + | T-Mobile/Diversfied Consultant, 10550 Deerwood Park Blvd., Jacksonville, FL 32256-0596 |
| 15162996 | + | Township of Union, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15140681 | + | Union Township, c/o Keystone Municipal Collections, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15140686 | + | Westfield Insurance, One Pearl Circle, P.O. Box 5001, Westfield Center, OH 44251-5001 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 15 2022 23:31:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 15 2022 23:31:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 15140651 | + | Email/Text: jill@ffcc.com | Jul 15 2022 23:31:00 | Alliance Charter, c/o First Federal Credit, 24700 Chagrin Blvd., Suite 2, Beachwood, OH 44122-5647 |
| 15140652 |   | EDI: GMACFS.COM | Jul 16 2022 03:28:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 15140655 | + | Email/Text: bankruptcy@cavps.com | Jul 15 2022 23:31:00 | Calvary SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 15140658 |   | EDI: CAPITALONE.COM | Jul 16 2022 03:28:00 | Capital One, by American InfoSource as agent, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15140657 | + | EDI: CAPITALONE.COM | Jul 16 2022 03:28:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15147232 |   | EDI: CAPITALONE.COM | | |

Case 19-24043-CMB    Doc 91    Filed 07/17/22    Entered 07/18/22 00:23:07    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2022 | Form ID: 309 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 16 2022 03:28:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15141931 | + | Email/Text: bankruptcy@cavps.com | Jul 15 2022 23:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15140662 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2022 23:34:44 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 15140670 | + | EDI: CITICORP.COM | Jul 16 2022 03:28:00 | Macys, P.O. Box 183084, Columbus, OH 43218 |
| 15140664 | + | EDI: CCS.COM | Jul 16 2022 03:28:00 | General Insurance, c/o Credit Collections, P.O. Box 607, Norwood, MA 02062-0607 |
| 15140667 | | EDI: JEFFERSONCAP.COM | Jul 16 2022 03:28:00 | Jefferson Capital Services, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15156478 | | EDI: JEFFERSONCAP.COM | Jul 16 2022 03:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15171714 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2022 23:45:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15140669 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2022 23:45:12 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15140672 | + | Email/Text: bnc@nordstrom.com | Jul 15 2022 23:31:57 | Nordstrom, P.O. Box 13589, Scottsdale, AZ 85267-3589 |
| 15140675 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2022 23:31:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15140676 | | EDI: PRA.COM | Jul 16 2022 03:28:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 1, Norfolk, VA 23502 |
| 15140674 | + | Email/Text: ebnpeoples@grblaw.com | Jul 15 2022 23:31:00 | Peoples Natural Gas Company, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15140677 | + | EDI: CCS.COM | Jul 16 2022 03:28:00 | Progressive, c/o Credit Collection, P.O. Box 607, Norwood, MA 02062-0607 |
| 15140679 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2022 23:34:47 | Springleaf Financial Services, c/o LVNV Funding,Inc., P.O. Box 10497, Greenville, SC 29603-0497 |
| 15140683 | | EDI: VERIZONCOMB.COM | Jul 16 2022 03:28:00 | Verizon, 500 Technology Drive, Suite 300, Weldon Spring, MO 63304-2225 |
| 15140684 | | EDI: AIS.COM | Jul 16 2022 03:28:00 | Verizon, c/o American Infosource, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15171167 | | EDI: AIS.COM | Jul 16 2022 03:28:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15140682 | | EDI: VERIZONCOMB.COM | Jul 16 2022 03:28:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |
| 15140685 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 15 2022 23:31:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| 15140673 | | Parking Court, 633 W. Wisconsin Avenue, IA 52303 |
| 15168768 | * | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jul 15, 2022 | Form ID: 309 | Total Noticed: 46

| | | |
|---|---|---|
| 15167374 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Michael S. Geisler | on behalf of Debtor Tammy Marie Campbell m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 6