**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TAMMY MARIE CAMPBELL

      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Respondents.

Case No.:19-24043

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/16/2019  and confirmed on 12/16/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,626.00 |
| Less Refunds to Debtor | 1.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,625.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,810.00 | |
|   Trustee Fee | 2,067.29 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,877.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 33,506.15 | 0.00 | 33,506.15 |
|     Acct: 4909 | | | | |
|   PNC BANK NA | 52,926.74 | 988.13 | 0.00 | 988.13 |
|     Acct: 4909 | | | | |
|   ALLY FINANCIAL(*) | 180.17 | 0.00 | 0.00 | 0.00 |
|     Acct: 8339 | | | | |
| | | | | 34,494.28 |
| **Priority** | | | | |
|   MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAMMY MARIE CAMPBELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAMMY MARIE CAMPBELL | 1.00 | 1.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S GEISLER ESQ | 2,810.00 | 2,810.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RINGGOLD SD (UNION TWP) (EIT) | 398.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 6382 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| UNION TOWNSHIP (EIT) | 398.76 | 0.00 | 0.00 | 0.00 |
| Acct: 6382 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 1,253.43 | 0.00 | 1,253.43 |
| Acct: 5349 | | | | |
| SANTANDER CONSUMER USA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,253.43 |
| **Unsecured** | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY FINANCIAL(*) | 7,106.64 | 0.00 | 0.00 | 0.00 |
| Acct: 2068 | | | | |
| AMERIFINANCIAL SOLUTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMSHER COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAVALRY SPV I LLC* | 2,525.17 | 0.00 | 0.00 | 0.00 |
| Acct: 7735 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC/ | 261.97 | 0.00 | 0.00 | 0.00 |
| Acct: 5338 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEYSTONE MUNIC COLLECTIONS** NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GENERAL INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 457.95 | 0.00 | 0.00 | 0.00 |
| Acct: 6378 | | | | |
| JOSEPH MAYNARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,006.78 | 0.00 | 0.00 | 0.00 |
| Acct: 6123 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 259.54 | 0.00 | 0.00 | 0.00 |
| Acct: 1467 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NCB MANAGEMENT SERVICES INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORDSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

19-24043        **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**        Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | PROGRESSIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC | 3,544.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 9818 | | | | |
| | DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 368.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WEST PENN POWER* | 3,896.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 4879 | | | | |
| | WESTFIELD INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                      35,747.71

TOTAL CLAIMED
PRIORITY             797.53
SECURED        53,106.91
UNSECURED      19.427.06

Date: 08/08/2022                               /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com