**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TAMMY MARIE CAMPBELL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>       Movant<br>    vs.<br>No Repondents. | Case No.:19-24043 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/16/2019 and confirmed on 12/16/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,626.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,626.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,810.00 | |
|     Trustee Fee | 2,067.29 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,877.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 33,506.15 | 0.00 | 33,506.15 |
|     Acct: 4909 | | | | |
|   PNC BANK NA | 52,926.74 | 988.13 | 0.00 | 988.13 |
|     Acct: 4909 | | | | |
|   ALLY FINANCIAL(*) | 180.17 | 0.00 | 0.00 | 0.00 |
|     Acct: 8339 | | | | |
| | | | | 34,494.28 |
| **Priority** | | | | |
|   MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAMMY MARIE CAMPBELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAMMY MARIE CAMPBELL | 1.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S GEISLER ESQ | 2,810.00 | 2,810.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RINGGOLD SD (UNION TWP) (EIT) | 398.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 6382 | | | | |

| 19-24043 CMB | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| UNION TOWNSHIP (EIT) | 398.76 | 0.00 | 0.00 | 0.00 |
| Acct: 6382 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 1,253.43 | 0.00 | 1,253.43 |
| Acct: 5349 | | | | |
| SANTANDER CONSUMER USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 1.00 | 1.00 | 0.00 | 1.00 |
| Acct: XXXXXXXXXFUND | | | | |
| | | | | 1,254.43 |
| **Unsecured** | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY FINANCIAL(*) | 7,106.64 | 0.00 | 0.00 | 0.00 |
| Acct: 2068 | | | | |
| AMERIFINANCIAL SOLUTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMSHER COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAVALRY SPV I LLC* | 2,525.17 | 0.00 | 0.00 | 0.00 |
| Acct: 7735 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 261.97 | 0.00 | 0.00 | 0.00 |
| Acct: 5338 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEYSTONE MUNIC COLLECTIONS** NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GENERAL INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 457.95 | 0.00 | 0.00 | 0.00 |
| Acct: 6378 | | | | |
| JOSEPH MAYNARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,006.78 | 0.00 | 0.00 | 0.00 |
| Acct: 6123 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 259.54 | 0.00 | 0.00 | 0.00 |
| Acct: 1467 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NCB MANAGEMENT SERVICES INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORDSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-24043 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    PROGRESSIVE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    LVNV FUNDING LLC | 3,544.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 9818 | | | | |
|    DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    VERIZON BY AMERICAN INFOSOURCE AS | 368.67 | 0.00 | 0.00 | 0.00 |
|     Acct: 0002 | | | | |
|    VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    WEST PENN POWER* | 3,896.07 | 0.00 | 0.00 | 0.00 |
|     Acct: 4879 | | | | |
|    WESTFIELD INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 35,748.71 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 798.53 | |
| SECURED | 53,106.91 | |
| UNSECURED | 19.427.06 | |

Date: 12/15/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com